IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILBERT WHYMS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3616

Opinion filed February 16, 2015.

An appeal from an order of the Circuit Court for Leon County.

Wilbert Whyms, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      DENIED. The petitioner is cautioned that any further attempt to seek review in this court of the sentence imposed in Leon County Circuit Court case number 2004-CF-329-D may result in the imposition of sanctions against him.

LEWIS, C. J., WOLF and ROBERTS, JJ., CONCUR.